In the Matter of ALBERT W. SCHNEIDER, as District Attorney of Herkimer County, Petitioner, against FELIX J. AULISI, Individually and as Justice of the Supreme Court, et al., Respondents.— Motion for leave to appeal to the Court of Appeals and for a stay denied. Present — McCurn, P. J., Vaughan, Kimball, Piper and Wheeler, JJ. [See *ante*, p. 253.]

## FIRST DEPARTMENT, MARCH, 1954.

### (March 2, 1954.)

F. LAWSON BENNETT, Respondent, v. STIRRUP REST, INC., Appellant.— Judgment unanimously reversed and a new trial ordered, with costs to the appellant to abide the event, upon the ground that the decision is against the weight of the evidence. No opinion. Present — Peck, P. J., Dore, Cohn, Breitel and Bastow, JJ.

GEORGE L. ARMOUR, as Trustee under a Deed of Trust Made by BERNARD R. ARMOUR for the Benefit of RACHEL ARMOUR and Others, Respondent, v. RACHEL ARMOUR et al., Respondents, and A. CHAUNCEY NEWLIN, as General Guardian of TOBY ARMOUR, an Infant, et al., Appellants.— Judgment and order, so far as appealed from, affirmed. See opinion in *Armour* v. *Broadman* (*ante*, p. 351), decided herewith. Settle order on notice. Present — Peck, P. J., Dore, Cohn, Breitel and Bastow, JJ.